IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH DILLON SMITH**                                                               **PLAINTIFF**

**v.**                         **CASE NO.  4:25-CV-00271-BSM**

**RODNEY WRIGHT**                                                                     **DEFENDANT**

## ORDER

United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 4] is adopted and Joseph Smith's complaint [Doc. No. 2] is dismissed without prejudice. It is recommended that dismissal of this action count as a strike within the meaning of 28 U.S.C. § 1915(g).  It is also certified that an *in forma pauperis* appeal from this order would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE