IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH DILLON SMITH**                                                                 **PLAINTIFF**

v.                                      **CASE NO.  4:25-CV-00271-BSM**

**RODNEY WRIGHT**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE